RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 18 2026

DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

v.

CARTER MILES LEDOUX,

Defendant

18 U.S.C. § 371
18 U.S.C. § 2261A(2)(B)
18 U.S.C. § 875(c)
18 U.S.C. § 844(e)

2:26-CR-00068-01
Judge Cain
Magistrate Judge LeBlanc

## INDICTMENT

The Federal Grand Jury charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

### Relevant Terminology Regarding Online Extremist Groups

1.      "Nihilistic Violent Extremists" ("NVEs") were individuals who engaged in criminal conduct within the United States and abroad in furtherance of political, social, or religious goals that derived primarily from a hatred of society at large and a desire to bring about its collapse by sowing chaos, destruction, and social instability, typically by targeting minors online. A subset of NVEs engaged in racially motivated violent extremism that targeted minors whom the NVE believed to either be people of color themselves or to be engaging in or otherwise promoting interracial relationships, among other types of activity.

2.      "Swatting" was a type of incident in which an individual contacted emergency services, typically calling 911, and falsely reported an emergency, with that purported emergency often involving an act of violence that reportedly has or

will occur at a particular location. The purpose of swatting was to elicit an armed law enforcement response to the targeted location, with the term derived from law enforcement "SWAT teams," also known as Special Weapons and Tactics teams.

3.      Voice over Internet Protocol ("VoIP") was a technology that allowed persons to communicate by phone and text message over a broadband internet connection and that, among other things, permitted users to avoid disclosing their true telephone numbers and Internet Protocol addresses.

4.      NVE groups were online collections of NVEs who operated as a network to systematically and methodically targeted vulnerable populations, typically minors, across the United States and globe. NVE groups frequently used social media platforms to identify and communicate with potential victims and also used social media platforms, online research databases, swatting activities typically perpetrated via 911 calls, and online services such as VoIP services to harass, intimidate, attack, and harm their victims while obscuring their identities as well.

### *Relevant Individuals and Online Extremist Groups*

5.      NVE GROUP 1 was an online white supremacist NVE group that, among other things, sought to threaten, harass, and intimidate people of color and white people who associated with people of color.

6.      The defendant, **CARTER MILES LEDOUX**, was a resident of Calcasieu Parish and a participant in NVE GROUP 1.

7.      The MINOR VICTIM was a white minor female.

2

## COUNT 1
## Conspiracy to Commit Offenses Against the United States
[18 U.S.C. § 371]

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.     Beginning on or about July 25, 2024, and continuing through at least on or about August 5, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**CARTER MILES LEDOUX,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit offenses against the laws of the United States, that is:

A.     to, with intent to harass and intimidate another person, use an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate commerce, to engage in a course of conduct that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to that person or a member of that person's immediate family, in violation of Title 18, United States Code, Section 2261A(2)(B);

B.     to knowingly transmit in interstate or foreign commerce any communication containing a threat to injure the person of another, with the intent to

communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c); and

        C.     to use and cause to be used an instrument of interstate and foreign commerce to willfully make a threat and maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage any building and other real and personal property by means of an explosive, that is, pipe bombs, in violation of Title 18, United States Code, Sections 844(e).

## OBJECT OF THE CONSPIRACY

3.     It was a purpose and object of the conspiracy for the defendant and his co-conspirators to promote NVE GROUP 1's racially motivated violent extremism by harassing, threatening, and taking violent action against minors, including the MINOR VICTIM, in retaliation for the victims making online social media posts that indicated support for interracial relationships.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included the following, among other things:

4.     **CARTER MILES LEDOUX** and co-conspirator members of NVE GROUP 1 would use an online messaging application to privately communicate with each other about their efforts and plans to target specific minors with online harassment, threats, swatting attacks, and other means of intimidation.

4

5.      **CARTER MILES LEDOUX** and co-conspirator members of NVE GROUP 1 would use internet databases to learn information about their targets and would share that information with each other to coordinate their online communications, threats, swatting attacks, and other means of harassment and intimidation against their chosen victims.

6.      **CARTER MILES LEDOUX** and co-conspirator members of NVE GROUP 1 would use VoIP services to communicate with their targets and place swatting calls while obscuring their identities.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the object and purpose thereof, at least one co-conspirator committed and caused to be committed in the Western District of Louisiana, and elsewhere, at least one of the following overt acts, among others:

1.      From on or about July 25, 2024, and continuing through on or about August 5, 2024, **CARTER MILES LEDOUX** and co-conspirator members of NVE GROUP 1, using encrypted communication applications, discussed a video that the MINOR VICTIM posted on a social media platform that indicated support for interracial relationships.

2.      From on or about July 25, 2024, and continuing through at least on or about July 30, 2024, **CARTER MILES LEDOUX** and co-conspirator members of NVE GROUP 1 researched, confirmed, and shared information with each other about the identity, location, and contact information of the MINOR VICTIM and her family.

3.    On or about July 30, 2024, **CARTER MILES LEDOUX** sent a series of text messages to the MINOR VICTIM's father that stated, among other things, that he "wanted to inform you that [the MINOR VICTIM] prefers n[****]rs over her own race, destroying your bloodline into n[****]r," and that the MINOR VICTIM "has 24 hours to delete the videos or we will swat [the MINOR VICTIM's mother's] house."

4.    On or about July 30, 2024, **CARTER MILES LEDOUX** sent a series of text messages to the MINOR VICTIM's mother that stated, among other things, "Shes [sic] a self hating white that loves n[****]rs. I dont [sic] insult whites but if she doesn't delete the videos alot [sic] more will happen. I'm afraid ur [sic] families [sic] information, addresses, ssns, etc will be leaked if she doesn't."

5.    On or about July 31, 2024, a co-conspirator member of NVE GROUP 1 used an online VoIP service to place swatting call directing law enforcement to the MINOR VICTIM's address. In the emergency call to dispatchers in Saint Tammany Parish, the co-conspirator falsely claimed that he had just shot and killed someone in a drug dispute, planned to take a hostage to protect himself, was armed and had placed pipe bombs in the area, and would kill any officer who responded to the call.

6.    From on or about July 31, 2024, and continuing through at least on or about August 5, 2024, **CARTER MILES LEDOUX** posted and maintained a publicly accessible video on a social media platform that glorified the swatting incident committed against the MINOR VICTIM by, among other things, including an audio recording of the swatting 911 call and posting photos of the MINOR VICTIM and her

family, with the video and social media page including a silhouette of a Nazi soldier and other white supremacist icons and references to white supremacist ideology.

All in violation of Title 18, United States Code, Section 371.

### COUNT 2
### Cyberstalking
[18 U.S.C. § 2261A(2)(B)]

1.      The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.      Beginning on or about July 25, 2024, and continuing through at least on or about August 5, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**CARTER MILES LEDOUX,**

did, with the intent to harass and intimidate another person, that is, the MINOR VICTIM, use an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, that is, the Internet, text messages, and VoIP services, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person and an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2.

### COUNT 3
### Transmitting Threats Through Interstate Commerce
[18 U.S.C. § 875(c)]

1.      The General Allegations section of this Indictment is re-alleged and

incorporated by reference as if fully set forth herein.

2.     On or about July 30, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**CARTER MILES LEDOUX,**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, the MINOR VICTIM and her family, in that the defendant sent a text message to the MINOR VICTIM's father stating, among other things, that he would "swat" the MINOR VICTIM's house, all with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

### COUNT 4
### Threat to Damage or Destroy by Means of Explosive
### [18 U.S.C. § 844(e)]

1.     The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about July 31, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**CARTER MILES LEDOUX,**

did use and cause to be used, and aid and abet in using, an instrument of interstate and foreign commerce, to willfully make a threat and maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, and intimidate any individual and unlawfully to damage any building and other real and personal property by means of

an explosive, that is, pipe bombs, in violation of Title 18, United States Code, Sections

844(e) and 2.

A TRUE BILL

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

THOMAS JOHNSON
ASSISTANT UNITED STATES ATTORNEY

9