**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:26-CR-00068-01** |
| | * | |
| **VERSUS** | * | **JUDGE CAIN** |
| | * | |
| **CARTER MILES LEDOUX** | * | **MAGISTRATE JUDGE LEBLANC** |

**ORDER**

Considering the Motion to Unseal Indictment filed by the United States,

IT IS HEREBY ORDERED AND ADJUDGED that the indictment in this matter is hereby UNSEALED.

THUS DONE AND SIGNED in Chambers this 23rd day of February, 2026.

JAMES D. CAIN, JR.
United States District Judge