**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:26-CR-00058-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CARTER MILES LEDOUX (01)** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

Before the Court is a Motion for Review and Revocation of a Release Order (Doc. 17) of the Magistrate Judge's decision to deny the Government's motion for detention as to Defendant, Carter Miles LeDoux. The undersigned granted the Government's Motion to Stay Defendant's release and subsequently held a hearing on February 19, 2026, as to the Government's appeal of the Magistrate Judge's Order of Release.[1]

After careful *de novo* review of the hearing transcript, and considering the additional arguments by counsel, and further noting that Defendant has now been indicted on various counts (See Criminal Actions 2:26-00068 and 2:26-00069), the Court finds that Defendant is an extreme and present danger to the community that cannot be mitigated by any combination of conditions. Accordingly,

**IT IS ORDERED** that for the reasons stated in Court on February 19, 2026, and the Government's arguments, the Magistrate Judge's Order of Release and denial of the Government's Motion for Detention is **REVOKED,** and Defendant is be **DETAINED**

[1] See Minutes (SEALED) (Doc. 11), Appearance Bond (Doc. 12), and Order Setting Conditions of Release (Doc. 13) dated 2/11/2026.

**without bond,** and remain in the custody of the United States Marshal pending the trial of this matter.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**