**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:26-CR-00068** |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN** |
| | * | |
| **CARTER LEDOUX** | * | **MAGISTRATE JUDGE LEBLANC** |

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given, pursuant to Rules 3, 4, and 9 of the Federal Rules of Appellate Procedure, that Defendant, **CARTER LEDOUX**, appeals to the United States Court of Appeals for the Fifth Circuit from the detention order of the district court entered in this action on February 24, 2026 ("Order") (Rec. Doc. 29); from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Order; and from any and all adverse decisions, rulings, and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, or upon which the Order is based.

Dated: March 6, 2026

**Respectfully submitted,**

/s/ *Andrew T. Leonards*
**ANDREW T. LEONARDS, #40624**
**ADAM P. JOHNSON, #32515**
**NATHAN W. JONES, #39096**
**THE JOHNSON FIRM**
1419 Ryan St. | P.O. Box 849
Lake Charles, LA 70601
Ph: (337) 433-1414
Fax: (337) 433-3234
andy@johnsonfirmla.com
adam@johnsonfirmla.com
nathan@johnsonfirmla.com