# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 8, 2026
Lyle W. Cayce
Clerk

---

No. 26-30130

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Carter Miles Ledoux,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:26-CR-68-1

---

ORDER:

IT IS ORDERED that Appellee's unopposed motion to view and obtain sealed documents is GRANTED.

Stuart Kyle Duncan
*United States Circuit Judge*

**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | **Fifth Circuit No. 26-30130** |
| **Plaintiff-Appellee** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **CARTER LEDOUX,** | * | |
| **Defendant-Appellant** | * | **USDC No. 2:26-CR-68-1** |

**UNITED STATES' UNOPPOSED MOTION TO VIEW SEALED PORTION OF THE RECORD ON APPEAL**

NOW COMES the United States of America, appellee herein, who respectfully moves this Court to permit it to view the sealed portion of the record on appeal in this matter, and in support of which motion would respectfully show the Court as follows:

1.

This criminal appeal concerns the district court's order detaining the defendant pending trial.

2.

Upon information and belief, the sealed portion of the record on appeal includes documents that are pertinent to the instant appeal. In order to present

the United States' arguments, undersigned counsel must have access to the sealed portion of the record on appeal.

3.

Counsel for the defendant does not oppose the relief requested in this motion.

WHEREFORE, for the reasons set forth above, the United States respectfully moves this Court to permit it to view the sealed portion of the record in this appeal.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

BY: s/ Camille A. Domingue

CAMILLE A. DOMINGUE (#20168)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing United States' Unopposed Motion to View Sealed Portion of the Record on Appeal was filed electronically with the Fifth Circuit Court of Appeals using the electronic filing system. Notice of this filing will be sent to counsel of record either by operation of the court's electronic filing system and/or via United States Mail to:

Mr. Andrew T. Leonards
Mr. Adam Johnson
The Johnson Firm
1419 Ryan Street
Lake Charles, LA 70601.

Lafayette, Louisiana, this the 2nd day of April, 2026.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney

BY: s/ Camille A. Domingue

CAMILLE A. DOMINGUE (#20168)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
(337) 262-6618

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

   (a) This motion contains **156** words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   (a) This motion has been prepared in a proportionally spaced typeface using:

   Software Name and Version – **Microsoft Word Office 365;**

   in Typeface Name and Font Size – **Calisto MT 14 pt.**

s/Camille A. Domingue
CAMILLE A. DOMINGUE (#20168)
Assistant United States Attorney

April 2, 2026
Date

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30130 USA v. Ledoux
USDC No. 2:26-CR-68-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

Christy Combel

By: _______________________
Christy M. Combel, Deputy Clerk
504-310-7651

Ms. Camille Ann Domingue
Mr. Adam Patrick Johnson
Mr. Thomas Johnson
Mr. Andrew Thomas Leonards
Mr. Daniel J. McCoy