RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 5 2026
DANIEL J. McCOY, CLERK
BY: LaCombe

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA — CRIMINAL NO. 2:26-CR-00068-01

v. — DISTRICT JUDGE CAIN, JR.

CARTER MILES LEDOUX, — MAGISTRATE JUDGE LEBLANC

Defendant

______________________________/

## FACTUAL BASIS

This factual basis is submitted in accordance with Federal Rule of Criminal Procedure 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the defendant, **CARTER MILES LEDOUX** (hereinafter "**LEDOUX**") pleading guilty to Count Two of the indictment:

At all pertinent times, **LEDOUX** was a member of an online community that specialized in internet-based extortion and cyberstalking. On or about July 25, 2024, **LEDOUX** discovered a video that MINOR VICTIM, who is white, posted on a social media platform. The video indicated support for interracial relationships.

After discovering the video, on or about July 30, 2024, **LEDOUX** obtained the cellular telephone numbers for MINOR VICTIM's father and mother and sent harassing text messages to them. In some of the messages to MINOR VICTIM's father, **LEDOUX** stated that he "wanted to inform you that [MINOR VICTIM] prefers n[****]rs over her own race, destroying your bloodline into n[****]r," and that MINOR VICTIM "has 24 hours to delete the videos or we will swat [the MINOR VICTIM's mother's] house." In some of the messages to MINOR VICTIM's mother,

**LEDOUX** stated that "[MINOR VICTIM is] a self hating white that loves n[****]rs. I dont [sic] insult whites but if she doesn't delete the videos alot [sic] more will happen. I'm afraid ur [sic] families [sic] information, addresses, ssns, etc will be leaked if she doesn't."

The day after sending these text messages, on or about July 31, 2024, **LEDOUX** enlisted an individual to place a swatting call to state dispatchers. The individual directed law enforcement to MINOR VICTIM's address in Saint Tammany Parish and falsely claimed that he had just shot and killed someone in a drug dispute, planned to take a hostage to protect himself, was armed and had placed pipe bombs in the area, and would kill any officer who responded to the call. Officers responded to the call, surrounded the home, and safely evacuated MINOR VICTIM's mother, father, and younger sibling from the house.

After the swatting incident, and continuing until at least on or about August 5, 2024, **LEDOUX** posted and maintained on a social media platform a publicly accessible video that glorified the swatting incident committed against MINOR VICTIM. The video included an audio recording of the swatting 911 call and photos of MINOR VICTIM and her family. The video and social media page included a silhouette of a Nazi soldier and other white supremacist icons and references to white supremacist ideology.

**LEDOUX** admits he used the internet and telecommunication services to engage in the above-described course of conduct. **LEDOUX** also admits that he engaged in this course of conduct while located in the Western District of Louisiana

and that this course of conduct caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to MINOR VICTIM and her family. **LEDOUX** further admits that MINOR VICTIM was targeted in part because of her race.

The above-described facts do not represent the totality of the evidence obtained in this case. Nevertheless, the parties signing below agree and stipulate that preceding paragraphs adequately describe the defendant's role in the offense listed above for purposes of establishing his guilt beyond a reasonable doubt to Count Two of the indictment.

Dated: 7/24/26

ANDREW LEONARDS
Counsel for Defendant

Dated: 7/24/26

Carter Miles Ledoux
CARTER MILES LEDOUX
Defendant

Dated: 8/5/26

ZACHARY A. KELLER
UNITED STATES ATTORNEY

JESSICA D. CASSIDY
THOMAS JOHNSON
ASSISTANT UNITED STATES ATTORNEY