RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 5 2026
DANIEL J. McCOY, CLERK
BY: ____________

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA — CRIMINAL NO. 2:26-CR-00068-01

v. — DISTRICT JUDGE CAIN, JR.

CARTER MILES LEDOUX, — MAGISTRATE JUDGE LEBLANC

Defendant

______________________________/

**ELEMENTS OF OFFENSE**

**Count Two**

Title 18, United States Code, Section 2261A(2) makes it a crime to use the mail or any facility in interstate commerce, including interactive computer services or electronic communications services or systems, with the intent to stalk another person.

For the United States to find a defendant guilty of this crimes, the United States must prove each of the following beyond a reasonable doubt:

First: That the defendant used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce;

Second: That the defendant did so with the intent to harass or intimidate another person; and

Third: That through the use of the mail, computer interactive service, electronic communication service or system or other facility of interstate or foreign commerce, the defendant engaged in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person and a member of that person's immediate family.

If this case went to trial, the United States would also have the burden of proving proper venue, i.e., the United States would have to prove by a preponderance of the evidence that the charged offense was begun, continued, or completed in one of the parishes that make up the Western District of Louisiana.

The defendant agrees that venue is proper in this case and that Calcasieu Parish is within the Western District of Louisiana.

Dated: 7/24/26

ANDREW LEONARDS
Counsel for Defendant

Dated: 7/24/26

Carter Miles Ledoux
CARTER MILES LEDOUX
Defendant