RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AUG 0 5 2026
DANIEL J. McCOY, CLERK
BY: L LaCombe

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA | CRIMINAL NO. 2:26-CR-00068-01

v. | DISTRICT JUDGE CAIN, JR.

CARTER MILES LEDOUX, | MAGISTRATE JUDGE LEBLANC

Defendant

______________________________/

## UNDERSTANDING OF PENALTIES AND RIGHTS

The defendant, **CARTER MILES LEDOUX**, having been furnished a copy of the indictment and having discussed it with their attorney states as follows:

**PENALTY—COUNT 2:** A term of imprisonment of not more than five years, per 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5); a fine of not more than $250,000, per to 18 U.S.C. § 3571; a term of supervised release of [NOT] more than three years, per 18 U.S.C. § 3583(b)(2); and a special assessment fee of $100.00, per 18 U.S.C. § 3013, which under this agreement is payable and due **at the time of his guilty plea is entered**, and the defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

JDC CL

I further understand that:

1. I understand the nature of the charge against me and the maximum possible penalty as set forth in the plea agreement.

2. I understand my right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

3. I understand my right to plead guilty or not guilty.

4. I understand my right not to be required to testify against myself or at all if I do not so desire.

5. I understand my right to confront and cross-examine witnesses against me.

6. I understand my right to use compulsory process to require witnesses to appear at trial and testify.

7. I realize that by pleading guilty I stand convicted of the crimes charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

8. My plea in this matter is free and voluntary, and it has been made without any threats or inducements from anyone whatsoever except for those contained in the plea agreement and any addendum required under standing orders. The only reason I am pleading guilty is that I am in fact guilty as charged.

The foregoing Understanding of Penalties and Rights has been read, understood, and signed:

Dated: 7/24/26

ANDREW LEONARDS
Counsel for Defendant

Dated: 7/24/26

Carter Ledoux
CARTER LEDOUX
Defendant