**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:26-cr-00068** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CARTER MILES LEDOUX** | : | **MAGISTRATE JUDGE LEBLANC** |

**ORDER OF DETENTION PENDING SENTENCING**

This cause came before the undersigned on August 5, 2026, for administration of Guilty Plea under Rule 11 of the Federal Rules of Criminal Procedure. Based on Defendant's guilty plea to Count Two of the multi-count Indictment, 18 U.S.C. § 3143(a) mandates Defendant be detained pending sentencing, subject to certain exceptions that are not present here. Further, Defendant waived any right he might have to challenge his detention, reserving the right to reopen the issue should his circumstances change. Accordingly,

**IT IS ORDERED** that Defendant be detained pending sentencing in this matter.

**IT IS FURTHER ORDERED** that Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**THUS DONE AND SIGNED** in Chambers this 5th day of August, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**